UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| In the matter of the search of: | ) | DOCKET NO. 1:14mj48 |
| | ) | |
| Shana GRAVELY and David TAYLOR, | ) | **ORDER** |
| 86 Shannon's Bluff Drive, Lot #66, | ) | |
| Rosman, North Carolina 28712 and all | ) | |
| vehicles, outbuildings and appurtenances. | ) | |

THIS MATTER has come before the undersigned pursuant to a Motion to Unseal (#5) filed by David A. Thorneloe, Assistant United States Attorney requesting that a Search and Seizure Warrant, Application and Affidavit in the above-captioned case be unsealed. It appears that good cause has been shown for the granting of the motion and the motion will be allowed.

IT IS, THEREFORE, ORDERED that the Motion to Unseal (#5) is ALLOWED and it is directed that the Search and Seizure Warrant, Application and Affidavit in this matter unsealed and made available for public inspection.

Signed: August 1, 2014

Dennis L. Howell
United States Magistrate Judge